STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Alvin Charles Dowden  Jr.
Attorney at Law
116 E. Lula Street
Leesville LA 71446

Elizabeth A. Spurgeon
Dowden & Smith, L.L.C.
116 East Lula Street
Leesville LA 71446

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 14, 2023

**REHEARING ACTION: June 14, 2023**

**Docket Number: 22   00667-CA**

**SUCCESSION OF
MALCOM LAMAR MURRAY**

**Appealed from Vernon Parish Case No. 98,819 A**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett
Hon. Van H. Kyzar
Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Linda Murray** has this day been

**DENIED.**

cc: John Michael Lomzenski, Counsel for the Appellant
    Tony Clell Tillman, Counsel for the Appellee